UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: DIRECTECH SOUTHWEST, INC.,    MDL DOCKET
FAIR LABOR STANDARDS ACT (FLSA)     NO. 08-1984
LITIGATION                             (Order Ref: ALL CASES)

SECTION "F"

ORDER

Before the Court are the parties' proposed stipulations per the February 6, 2009, status conference.

IT IS ORDERED:[1]

1. Plaintiffs' response to the defendant's motion for summary judgment is held in abeyance until 14 days from the close of discovery related to defendant's motion.

2. Defendant is to respond to discovery already served related to the summary judgment topics no later than 14 days from the date this stipulation is Ordered.

3. Defendant's motion and all discovery previously served shall be deemed to apply to all MDL cases herein.

4. The Collective Action Notice shall be issued in accordance with a separate order of this court. Defendant shall provide Plaintiffs with names and addresses of putative class members in digital form no later than 14

---

[1] These items were stipulated to by the parties.

1

      days from the date of this Order.

5. The stipulated Protective Order entered in the matter entitled Melson v. DirecTech Southwest, Inc., 07-1087 (E.D.La.) shall be entered in and applied to the instant matter.

IT IS FURTHER ORDERED: that the plaintiffs have 60 days' discovery from the date of this Order to gather evidence necessary to respond to defendant's motion for summary judgment.

IT IS FURTHER ORDERED: that the statute of limitations shall be tolled for Plaintiffs and opt-in plaintiffs from July 28, 2008 through the date on which this Court rules on Defendants' Motion for Summary Judgment.

New Orleans, Louisiana, March 3, 2009.

                              _____
                                  MARTIN L. C. FELDMAN
                              UNITED STATES DISTRICT JUDGE