# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: DIRECTECH SOUTHWEST, INC., ] | |
| FAIR LABOR STANDARDS ACT       ] | No. 2:08-md-1984 |
| (FLSA) LITIGATION              ] | |
|                                ] | Section F |
|                                ] | Judge Martin Feldman |
|                                ] | |
| THIS DOCUMENT RELATES TO       ] | Magistrate 1 |
| LAICHEV, ET AL. v. JBM, INC. ET AL. ] | Magistrate Sally Shushan |

## JOINT MOTION FOR FINAL CERTIFICATION OF
## RULE 23 SETTLEMENT CLASS AND FINAL APPROVAL OF
## RULE 23 CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs and Defendants MultibandEC Incorporated f/k/a JBM, Inc., DirecTech Holding Co., Inc., DirecTV, Inc., and John Basil Mattingly ("Defendants") (collectively, "the Parties") jointly move this Court for an Order:

(1) Finally approving the Rule 23 Settlement Agreement in this case; and

(2) Finally certifying the settlement classes pursuant to Fed. R. Civ. P. 23; and

(3) Dismissing the present action (and all consolidated cases), with prejudice, and retaining jurisdiction.

In jointly filing this motion with Plaintiffs, Defendants do not waive any defenses or concede any facts and do not oppose this Motion.

A Memorandum in Support of this Motion is attached hereto.

Respectfully submitted,


/s/ *Jill S. Kirila*
Jill S. Kirila (Ohio State Bar # 0068593)
(Admitted *pro hac vice*)
Meghan E. Hill (Ohio State Bar # 0078183)
(Admitted *pro hac vice*)
SQUIRE, SANDERS & DEMPSEY (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2700
(614) 365-2499 (facsimile)
Jill.kirila@ssd.com


René A. Curry (La. 4670)
Susan R. Laporte (La. 19671)
CURRY & FRIEND, A PLC
Whitney Bank Building, Suite 1200
228 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 524-8556
Facsimile: (504) 524-8703

Attorneys for Defendants DirecTech Southwest, Inc., DirecTech Holding Co., Inc., JBM, Inc., Michigan MicroTech, Inc., DirecTV, Inc., and John Basil Mattingly



*/s/ Dan Getman (via email auth.)*
Dan Getman (Lead Counsel)
Carol Richman
Tara Bernstein
GETMAN & SWEENEY PLLC
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
E-mail: dgetman@getmanlaw.com
       crichman@getmanlaw.com

James P. Langendorf
Langendorf Law Office
2 North Main St., Ste. 408
Middletown, OH 45042

Local Counsel for *Laichev* Plaintiffs

Attorneys for Plaintiffs

## *CERTIFICATE OF SERVICE*

I hereby certify that on May 20, 2011, a copy of the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system and that same will be served to the following counsel of record through the CM/ECF system:

Dan Getman
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Facsimile: (845) 255-8649

Philip Bohrer
Bohrer Law Firm, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

Kip K. Lamb
K. Leigh Parker
Mark W. Frasher
LAMB LAW FIRM
550 Fannin, Suite 1330
Beaumont, Texas 77701

James P. Langendorf
Langendorf Law Office
2 North Main St., Ste. 408
Middletown, OH 45042

*/s/ Jill S. Kirila*