UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DIRECTECH SOUTHWEST, INC.** | * | **MDL DOCKET** |
| **FAIR LABOR STANDARDS ACT (FLSA)** | * | **NO.: 08-1984 ALL CASES** |
| | * | |
| | * | **SECTION: F** |
| | * | |
| | * | **JUDGE: MARTIN L. C.** |
| | * | **FELDMAN** |
| | * | **MAG. JUDGE: SALLY SHUSHAN** |

### ORDER

Considering Plaintiffs' unopposed motion for leave to file Plaintiffs' unopposed motion for approval of attorneys' fees and, reimbursement of expenses, award of rule 23 incentive payment, and acceptance of 9 additional "late filers" documents under seal:

**IT IS HEREBY ORDERED**:

Upon plaintiffs' unopposed motion for permission to file the aforementioned Motion, Brief and Exhibits under seal pursuant to the parties' confidential Rule 216(b) Settlement Agreement approved by this Court (Docket No. 254), it is hereby ORDERED, that the motion is granted and the Clerk shall accept such documents under seal.

New Orleans, Louisiana, this ___25th___ day of _____May_____, 2011.

_____
Hon. Martin L. C. Feldman
United States District Court Judge