IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: DIRECTECH SOUTHWEST, INC., ]
FAIR LABOR STANDARDS ACT     ]   No. 2:08-md-1984
(FLSA) LITIGATION            ]
                             ]   Section F
                             ]   Judge Martin Feldman
                             ]
THIS DOCUMENT RELATES TO     ]   Magistrate 1
ALL CASES                    ]   Magistrate Sally Shushan
                             ]
_____]

## FINAL DISMISSAL ORDER

It is ORDERED that *In re: DirecTech Southwest, Inc. FLSA Litigation*, Case No. 08-md-1984 (E.D. La.) and all cases consolidated in the multi-district litigation *Simmons, et al. v. DirecTech Southwest, Inc.*, Case No. 08-cv-306 (E.D. Tex.), 08-cv-4642 (E.D. La.), *Townsend, et al. v. DirecTech Southwest, Inc., et al.*, Case No. 08-cv-2335 (W.D. Tenn.), 08-cv-4641 (E.D. La.), *Melson, et al. v. DirecTech Southwest, Inc.*, Case No. 07-cv-1087 (E.D. La.), *Stephan, et al. v. Michigan MicroTech, Inc., et al.*, Case No. 08-cv-12136 (E.D. Mich.), 10-cv-2933 (E.D. La.), *Davis, et al. v. JBM, Inc., et al.*, Case No. 08-cv-642 (S.D. Ohio), 10-cv-2939 (E.D. La.), and *Laichev, et al. v. JBM, Inc., et al.*, Case No. 07-cv-802 (S.D. Ohio), 10-cv-2938 (E.D. La.) are dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Confidential Settlement Agreement, and the Claims Administrator is directed to make disbursements in accordance with the Confidential Settlement Agreement and any separate orders by this Court with respect to Plaintiffs' attorneys' fees and costs.

**IT IS SO ORDERED.**

Entered this _6th_ day of June, 2011.

_/s/ Martin L. C. Feldman_
Martin Feldman
UNITED STATES DISTRICT COURT JUDGE